SADYE KERR, Appellant, *v.* NEW AMSTERDAM CASUALTY COMPANY, Respondent.

Argued December 6, 1937; decided January 4, 1938.

*M. James Conboy* and *J. S. Carter* for appellant.

*P. C. Dugan* and *Del. B. Salmon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.